**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

ROSENBAUM AND ASSOCIATES, P.C.,
JEFFREY ROSENBAUM AND DAVID
ROSENBAUM,

     Petitioners

    v.

RICHARD L. SCHEFF AND ARMSTRONG
TEASDALE, LLP,

     Respondent

: No. 331 EAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 1st day of August, 2023, the Application to File Under Seal is **GRANTED**, and the Petition for Allowance of Appeal is **DENIED**.